UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT (BRIDGEPORT)

| | |
|---|---|
| In re | Chapter 11 |
| OW BUNKER HOLDING NORTH AMERICA INC., et al., | Case No. 14-51720 (AHWS) |
| Debtors. | Jointly Administered |
| SILVERSEA CRUISES LTD., | |
| Plaintiff, | |
| - against - | Adv. No. 15-05006 |
| OW BUNKER USA, INC., OW BUNKER HOLDING NORTH AMERICA INC., OW BUNKER NORTH AMERICA INC., OW BUNKER & TRAKING A/S, OW BUNKER A/S, ING BANK NV, SOUTH PACIFIC OIL LTD, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that Eleni G. Koutroumanis of Shapiro Law Offices, LLC hereby appears for South Pacific Oil Ltd ("South Pacific") in the above-captioned adversary proceeding. The undersigned requests that all notices given or required to be given in connection with this action be served upon the office, address and email set forth below.

Dated: Middletown, Connecticut  SHAPIRO LAW OFFICES, LLC
      November 20, 2018  Attorneys for South Pacific Oil Limited

    /s/ Eleni G. Koutroumanis
Eleni G. Koutroumanis (ct30522)
Shapiro Law Offices, LLC
32 Washington Street
Middletown, CT 06457
Tel. (860) 347-3325
Fax. (860) 347-3874
ekoutroumanis@shapirolawofficesct.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Eleni G. Koutroumanis
      Eleni G. Koutroumanis